# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARION TALFORD and FRANK TALFORD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PULTE HOMES, INC., ) <br> ) <br> Defendant. ) | Civil No. 3:10-0340 <br> Judge Trauger |

## **O R D E R**

Defendant Pulte Homes, Inc. has filed a Motion to Dismiss (Docket No. 4), to which no timely response has been filed. Further, the plaintiffs have not filed a motion requesting an extension of time to respond to this motion. Therefore, this defense motion is **GRANTED**, and this case is **DISMISSED** pursuant to Rules 12(b)(4), 12(b)(5) and 12(b)(6), Fed. R. Civ. P.

It is so **ORDERED**.

ENTER this 30th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge